IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lane, Stephanie L | Case Number:  07 B 01769 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/19/07 | Filed:  2/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 5, 2007
Confirmed:  April 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 635.00 | |
| Secured: | | 80.58 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 520.13 |
| Trustee Fee: | | 34.29 |
| Other Funds: | | 0.00 |
| Totals: | 635.00 | 635.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 2,750.00 | 520.13 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 4. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 5,800.00 | 0.00 |
| 6. | AMC Mortgage Services Inc | Secured | 8,264.61 | 80.58 |
| 7. | Plains Commerce Bank | Unsecured | 36.10 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 232.19 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 70.22 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 43.96 | 0.00 |
| 11. | Nicor Gas | Unsecured | 166.90 | 0.00 |
| 12. | Cook County Treasurer | Unsecured | 45.73 | 0.00 |
| 13. | Aspire Visa | Unsecured | 72.33 | 0.00 |
| 14. | Wells Fargo Credit Corp. | Secured | | No Claim Filed |
| 15. | Keynote Consuling | Unsecured | | No Claim Filed |
| 16. | David Ogg | Unsecured | | No Claim Filed |
| 17. | National Recovery, Inc | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | First Premier | Unsecured | | No Claim Filed |
| 20. | Menard's Inc | Unsecured | | No Claim Filed |
| 21. | Menard's Inc | Unsecured | | No Claim Filed |
| 22. | First Premier | Unsecured | | No Claim Filed |
| 23. | Merrick Bank | Unsecured | | No Claim Filed |
| 24. | Ffcc Columbus Inc | Unsecured | | No Claim Filed |
| 25. | American Recovery System | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Lane, Stephanie L | Case Number: 07 B 01769 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 12/19/07 | Filed: 2/2/07 |

| 26. Target National Bank | Unsecured |  | No Claim Filed |
|---|---|---|---|
|  |  | _____ | _____ |
|  |  | $ 17,482.04 | $ 600.71 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 34.29 |
|  | _____ |
|  | $ 34.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____